

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RAZOR SERVICES, INC and OVELIO QUERO, | § | No. 08-23-00252-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | 143rd Judicial District Court |
| v. | | |
| | § | of Reeves County, Texas |
| JARED PENA, | | |
| | § | (TC#21-10-24172-CVR) |
| Appellee. | | |

## **J U D G M E N T**

Treating the parties' joint motion to dismiss this appeal and render judgment as a joint motion under TEX. R. APP. P. 42.1(a)(2)(B), we conclude the motion should be granted. We therefore set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 18TH DAY OF DECEMBER 2023.

LISA J. SOTO, Justice

Before Alley, C.J., Palafox, and Soto, JJ.